IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THE THAXTON GROUP, INC., *et al.*, | ) | Case No. 03-13183 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| ──────────────────────── | ) | |
| | ) | |
| Official Committee of Unsecured | ) | Case Number: 1:04-cv-00476-SLR |
| Creditors of the Thaxton Group, Inc., | ) | |
| | ) | Originally filed in the United States |
| Plaintiff, | ) | Bankruptcy Court of the District of |
| | ) | Delaware, Adv. Proc. No. 04-53129 |
| vs. | ) | |
| | ) | |
| FINOVA Capital Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED MOTION TO DISMISS

Defendant FINOVA Capital Corporation ("FINOVA"), by its undersigned counsel and pursuant to a master settlement agreement ("MSA") between the parties, hereby moves to dismiss this case with prejudice. In support of its motion, FINOVA states as follows:

1. The parties to this litigation have reached a compromise and settlement of this litigation, as evidenced by the MSA by and between them, executed on October 31, 2006, a copy of which is attached hereto as Exhibit A. The United States District Court for the District Court of South Carolina ("South Carolina District Court") gave preliminary approval for the MSA on November 15, 2006 in the related class actions styled Gregory v. FINOVA Capital Corporation. The South Carolina District Court gave final approval to the MSA in its Order in Gregory v. FINOVA dated January 26, 2007.

2. Pursuant to the MSA, the parties have agreed that FINOVA shall promptly move to dismiss this case with prejudice, each party to bear its own attorneys' costs and fees.

-2-

WHEREFORE, Defendant FINOVA Capital Corporation respectfully requests that this Court enter an order, in the form of Exhibit B hereto, immediately dismissing this case with prejudice, each party to bear its own costs.

Dated: March 7, 2007
Wilmington, Delaware

/s/ Paul N. Heath

Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Telecopy: (302) 651-7701

and

Daniel P. Shapiro
Steven A. Levy
Andrew R. Cardonick
Alais L. M. Griffin
Goldberg, Kohn, Bell, Black,
Rosenbloom & Moritz, Ltd.
55 East Monroe Street, Suite 3700
Chicago, Illinois 60603
(312) 201-4000
(312) 332-2196 (facsimile)

*Counsel for FINOVA Capital Corporation*