## CERTIFICATE OF SERVICE

I, Paul N. Heath, do hereby certify that on March 7, 2007, I electronically filed the foregoing AGREED MOTION TO DISMISS with the Clerk of the Court using the CM/ECF which will send notifications of such filing(s) to the following:

Michael Louis Vild
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

I, Paul N. Heath, do further hereby certify that on March 7, 2007, I caused the foregoing AGREED MOTION TO DISMISS to be served in the manner indicated upon the parties referenced below:

### HAND DELIVERY

Mark T. Hurford
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

Charlene D. Davis
Kathryn D. Sallie
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**FIRST CLASS MAIL**

Gilbert Scott Bagnell
Randall M. Eason
Bagnell & Eason, LLC
107 North York Street
P.O. Box 2347
Lancaster, SC 29721

S. Randall Hood
McGowan, Hood & Felder Law Firm
125 Hampton Street, Suite 101
Rock Hill, SC 29730

Alan Kolod
Alan E. Gamza
Mark N. Parry
Moses & Singer LLP
1301 Avenue of the Americas
New York, NY 10019-6076

/s/ Paul N. Heath
Paul N. Heath (No. 3704)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: heath@rlf.com