IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) |
| | ) |
| THE THAXTON GROUP, INC., *et al.,* | ) Case No. 03-13183 |
| | ) |
| Debtors. | ) |
| | ) |
| Official Committee of Unsecured Creditors of the Thaxton Group, Inc., | ) Case Number: 1:04-cv-00476-SLR ) |
| | ) Originally filed in the United States |
| Plaintiff, | ) Bankruptcy Court of the District of ) Delaware, Adv. Proc. No. 04-53129 |
| vs. | ) |
| FINOVA Capital Corporation, | ) |
| Defendant. | ) |

### ORDER

On motion of FINOVA Capital Corporation ("FINOVA"),

IT IS HEREBY ORDERED that this case shall be dismissed with prejudice, each party to bear its own costs.

It is so ordered.

_____
Hon. Sue L. Robinson
United States District Judge

3/9, 2007